IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-1075-FDW-DCK

| | |
|---|---|
| SEAPRAY CORPORATION,                )  |  |
|                                     )  |  |
|   Plaintiff,                        )  | **ORDER** |
|                                     )  |  |
|   v.                                )  |  |
|                                     )  |  |
| MANN+HUMMEL FILTRATION              )  |  |
| TECHNOLOGY INTERNATIONAL            )  |  |
| HOLDINGS CORP., et al.,             )  |  |
|                                     )  |  |
|   Defendant.                        )  |  |
|                                     )  |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Local Counsel Natasha M. Durkee on January 9, 2025.

Applicant Nelson C. Bellido seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Nelson C. Bellido is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 9, 2025

David C. Keesler
United States Magistrate Judge