IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-1075-FDW-DCK

| | | |
|---|---|---|
| **SEAPRAY CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| **MANN+HUMMEL FILTRATION** | ) | |
| **TECHNOLOGY US LLC, et al.,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Local Counsel Brandon S. Neuman on January 10, 2025.

Applicant Justin B. Kaplan seeks to appear as counsel *pro hac vice* for Defendants Mann+Hummel Filtration Technology US LLC and Mann+Hummel Filtration Technology International Holdings Corp. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Justin B. Kaplan is hereby admitted *pro hac vice* to represent Defendants Mann+Hummel Filtration Technology US LLC and Mann+Hummel Filtration Technology International Holdings Corp.

**SO ORDERED**.

Signed: January 10, 2025

David C. Keesler
United States Magistrate Judge