IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-1075-FDW-DCK

| SEAPRAY CORPORATION, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| MANN+HUMMEL FILTRATION TECHNOLOGY US LLC, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Local Counsel Brandon S. Neuman on January 10, 2025.

Applicant Francisco Armada seeks to appear as counsel *pro hac vice* for Defendants Mann+Hummel Filtration Technology US LLC and Mann+Hummel Filtration Technology International Holdings Corp. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Francisco Armada is hereby admitted *pro hac vice* to represent Defendants Mann+Hummel Filtration Technology US LLC and Mann+Hummel Filtration Technology International Holdings Corp.

**SO ORDERED**. Signed: January 10, 2025

David C. Keesler
United States Magistrate Judge